1054

JOHN S. LYNCH, *as Personal Representative*, ET AL, *Appellants*, v. RAINIER NATIONAL BANK, ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for Thurston County, No. 87-2-00056-4, Richard A. Strophy, J., entered February 3, 1988. *Affirmed* by unpublished opinion per Worswick, J., concurred in by Reed, J., Alexander, C.J., dissenting.

[No. 11185-3-II. Division Two. November 1, 1989.]

BARBARA C. EDWARDS, ET AL, *Respondents*, v. PETE J. BUFFO, ET AL, *Appellants*.

Appeal from a judgment of the Superior Court for Clark County, No. 85-2-00999-5, Thomas L. Lodge, J., entered June 22, 1987. *Affirmed* by unpublished opinion per Petrich, A.C.J., concurred in by Reed and Worswick, JJ.

[No. 12129-8-II. Division Two. November 1, 1989.]

GERALD G. BURKE, ET AL, *Appellants*, v. LEMONT COMBS, JR., ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for Pierce County, No. 84-2-00624-8, William L. Brown, Jr., J., entered July 20, 1988. *Reversed* by unpublished per curiam opinion.